UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

PHILLIP SINGFIELD,

    Plaintiff,

v.

    Case No. 2:15-cv-2842
    CHIEF JUDGE EDMUND A. SARGUS, JR.
    Magistrate Judge Elizabeth Preston Deavers

KELLI D. CARDARAS, *et al.*,

    Defendants.

## ORDER

On March 21, 2016, the Magistrate Judge issued a Report and Recommendation in this case recommending that the Defendant's Motion to Dismiss be granted and that this action be dismissed (ECF No. 16). The Report and Recommendation advised the parties that failure to object within fourteen days would result in a waiver of review. The time period for objections has run and no party has objected to the Report and Recommendation. Accordingly, the Report and Recommendation is **ADOPTED** and this action is **DISMISSED**.

    IT IS SO ORDERED.

4-25-2016
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT CHIEF JUDGE