UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

PHILLIP SINGFIELD,

    Plaintiff,

v.

    Case No. 2:15-cv-2842
    CHIEF JUDGE EDMUND A. SARGUS, JR.
    Magistrate Judge Elizabeth Preston Deavers

KELLI D. CARDARAS, *et al.*,

    Defendants.

## ORDER

On March 21, 2016, the Magistrate Judge issued a Report and Recommendation in this case that Defendants' Motion to Dismiss be granted and this action be dismissed (the "Report and Recommendation;" ECF No. 16). The Report and Recommendation advised the parties that failure to object within fourteen days would result in a waiver of review. The time period for objections ran and no party objected to the Report and Recommendation. As a result, the Court issued an Order adopting the Report and Recommendation (the "Order;" ECF No. 17), and judgment was entered dismissing the case on April 25, 2016 ("Judgment Entry;" ECF No. 18).

On May 5, 2016, Plaintiff Phillip Singfield ("Plaintiff") filed a Motion for Reconsideration of the Order (ECF No. 19). Plaintiff stated that he had never received a copy of the Report and Recommendation. Based upon Plaintiff's representation, on May 12, 2016, the Court vacated the adoption of the Report and Recommendation and Judgment Entry and permitted Plaintiff an opportunity to file objections within fourteen days (ECF No. 20). That time period ran and Plaintiff did not file objections.

Accordingly, the Report and Recommendation (ECF No. 16) is **ADOPTED** and this action is **DISMISSED**.

**IT IS SO ORDERED.**

6-7-2016
**DATE**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT CHIEF JUDGE**